UNITED STATES DISTRICT COURT JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 12-2116-JFW (FMOx)** Date: June 26, 2012

Title:   Anik G. Shatarevian -v- Experian Information Solutions, Inc., et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:** **ATTORNEYS PRESENT FOR DEFENDANTS:**
None None

**PROCEEDINGS (IN CHAMBERS):** **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

As a result of the plaintiff's failure to participate in the preparation of the Joint Rule 26(f) Report as required by the Court's Order of May 22, 2012, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for July 9, 2012, is **VACATED**. See Fed. R. Civ. P. 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.